# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

133052

TONI RUSNAK,
      Plaintiff-Appellee,

v

MATT WALKER,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133052
COA: 264671
Oakland CC: 04-059692-NO

_____/

On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



p0905

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007

_____
Clerk